# Colonial Gardens Development, LLC
## A/R Aging Summary
## Schedule B-11
### As of February 21, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Colonial Farms - Customer | | 4,352.00 | | | | 4,352.00 |
| Colonial Gardens - Customer | | 20,176.00 | | | | 20,176.00 |
| KAT Wholesale - Customer | | 15,033.00 | | | | 15,033.00 |
| TOTAL | $ 0.00 | $ 39,561.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 39,561.00 |

4917-3052-8563.1