**Colonial Gardens Development**
**Fixed Assets Detail Report**

Schedule 55

| Asset # | (XX/XX/202X) Date Placed in Service | Asset Name | Purchase Amount | Salvage Value | Total Accumulated Depreciation |
|---|---|---|---|---|---|
| 1 | 7/5/2017 | Facility J | $ 1,850,000.00 | | $ - |
| 2 | 11/30/2017 | Fish Road | $ 150,000.00 | | $ - |
| 3 | 12/12/2017 | JE 3 | $ 482,861.78 | | $ - |
| 4 | 12/31/2017 | JE 4 - transfer FA fr CG | $ 79,149.08 | | $ - |
| 5 | 4/1/2018 | C.C Expenses by Chris | $ 3,309.82 | | $ 2,268.83 |
| 6 | 4/1/2018 | Fireplace-tuckpointing | $ 4,357.50 | | $ 2,987.57 |
| 7 | 4/1/2018 | Landscaping Boulders | $ 1,100.00 | | $ 754.17 |
| 8 | 4/1/2018 | LH Improvements-Pump Station | $ 2,687.35 | | $ 1,842.27 |
| 9 | 4/1/2018 | LH Improvements Stain Fence Along Drive | $ 500.00 | | $ 342.53 |
| 10 | 4/1/2018 | Parts for Fire Hydrant | $ 463.80 | | $ 317.79 |
| 11 | 4/1/2018 | Parts for Fire Hydrant | $ 609.72 | | $ 418.03 |
| 12 | 4/1/2018 | Boulders behind Stage | $ 1,530.00 | | $ 1,048.86 |
| 13 | 4/1/2018 | Water Pump to Lower level of pond | $ 58.36 | | $ 39.68 |
| 14 | 4/1/2018 | | $ 1,237.00 | | $ 848.01 |
| 15 | 4/1/2018 | Asphalt in Parking Lot | $ 1,746.00 | | $ 1,197.32 |
| 16 | 4/1/2018 | Drain Pond | $ 100.97 | | $ 69.10 |
| 17 | 4/1/2018 | Drain Pond | $ 302.34 | | $ 207.30 |
| 18 | 4/1/2018 | Drain Pond | $ 189.46 | | $ 130.10 |
| 19 | 4/1/2018 | Fuel for Capital Projects | $ 1,669.59 | | $ 1,144.86 |
| 20 | 4/1/2018 | Front Gates | $ 3,681.23 | | $ 2,523.47 |
| 21 | 4/1/2018 | Front Gates | $ 2,971.41 | | $ 2,036.79 |
| 22 | 4/1/2018 | Irrigation/Landscaping-Front entry | $ 3,213.72 | | $ 2,203.15 |
| 23 | 4/1/2018 | Gravel for Construction Projects | $ 570.17 | | $ 391.13 |
| 24 | 4/1/2018 | Gravel for Construction Projects | $ 245.07 | | $ 168.07 |
| 25 | 4/1/2018 | Fuel for Capital Projects | $ 527.36 | | $ 361.71 |
| 26 | 4/1/2018 | Rental on John Deere 60g | $ 900.00 | | $ 616.79 |
| 27 | 4/1/2018 | Trees for Front Entrace | $ 1,556.00 | | $ 1,066.39 |
| 28 | 4/1/2018 | Fuel for capital projects | $ 1,265.61 | | $ 867.63 |
| 29 | 4/1/2018 | Fuel for Capital Projects | $ 1,085.55 | | $ 743.92 |
| 30 | 4/1/2018 | Sod Delivery for Capital Project | $ 196.50 | | $ 134.79 |
| 31 | 4/1/2018 | | $ 900.00 | | $ 616.79 |
| 32 | 4/1/2018 | Greg Briner CC Charges for Capex | $ 356.56 | | $ 244.39 |
| 33 | 4/1/2018 | Greg Briner CC Charges for Capex | $ 1,053.50 | | $ 722.15 |
| 34 | 4/1/2018 | Fuel-Capex Projects | $ 1,959.05 | | $ 1,342.80 |
| 35 | 4/1/2018 | Landscaping-Front of Store | $ 3,095.64 | | $ 2,122.09 |
| 36 | 4/1/2018 | KAT SI-126236 Plants for fron | $ 864.00 | | $ 592.49 |
| 37 | 4/1/2018 | KAT SI-131843 Plants for Front | $ 1,660.00 | | $ 1,138.02 |
| 38 | 4/1/2018 | KAT SI-137406 Drainage parts for parking lot | $ 739.80 | | $ 507.19 |
| 39 | 4/1/2018 | Labor-Leasehold Improvements | $ 89,621.40 | | $ 61,438.13 |
| 40 | 4/1/2018 | Parking Lot | $ 8,573.00 | | $ 5,877.05 |
| 41 | 4/1/2018 | Utopian Transport 6.1-6.15 Deliveries of products for Loggia | $ 550.00 | | $ 377.08 |
| 42 | 4/1/2018 | Front Landscaping | $ 1,527.00 | | $ 1,046.77 |
| 43 | 4/1/2018 | Plantings for Front of Store and Entrance | $ 1,537.60 | | $ 1,053.99 |
| 44 | 4/1/2018 | art for front entry of Garden Center | $ 9,761.47 | | $ 8,237.62 |
| 45 | 4/1/2018 | Trees for Front entrance | $ 524.00 | | $ 359.18 |
| 46 | 4/1/2018 | Schwope Bros Inv 06.2018 Drainage for Parking Lot and Lathe House work | $ 6,522.40 | | $ 4,471.54 |
| 47 | 4/1/2018 | Replacement Light for trees in courtyard | $ 411.37 | | $ 281.97 |
| 48 | 4/1/2018 | Mv fr CG-KAT SI-126040 Landscaping | $ 1,715.20 | | $ 1,175.99 |
| 49 | 4/1/2018 | Mv ft CG-KAT SI-124649 Drainage & Landscaping | $ 8,155.62 | | $ 5,590.84 |
| 50 | 4/1/2018 | Mv ft CG-KAT SI-12478 Pavers | $ 1,835.52 | | $ 1,258.32 |
| 51 | 4/1/2018 | Reclass JE 101&102/Mv fr CG KAT GJ-10086 | $ 16,113.00 | | $ 11,046.00 |
| 52 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Barbour Concrete GJ-10106/10100 | $ 4,486.56 | | $ 3,075.46 |
| 53 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Caswell Guttering GJ-10106/10100 | $ 650.00 | | $ 445.74 |
| 54 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Filterexx Irrigation GJ-10106/10100 | $ 2,355.32 | | $ 1,614.52 |
| 55 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Innovative Concrete GJ-10106/10100 | $ 2,790.00 | | $ 1,912.63 |
| 56 | 4/1/2018 | Reclass JE 101&102/Mv fr CG SBTF GJ-10106/10100 | $ 10,532.00 | | $ 7,219.85 |
| 57 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Simmons Excavation GJ-10106/10100 | $ 1,445.00 | | $ 990.46 |

| No. | Date | Description | Amount | | Amount |
|---|---|---|---|---|---|
| 58 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Talon Concrete GJ-10106/10100 | $ 368.62 | | $ 252.93 |
| 59 | 4/1/2018 | Reclass JE 101&102/Mv fr CG GJ-10021 UTRANS Labor | $ 12,270.50 | | $ 8,412.04 |
| 60 | 4/1/2018 | Reclass  J&J Survey Access Easement | $ 607.50 | | $ 416.32 |
| 61 | 4/1/2018 | MV JE 116 Permit for City of Blue Springs | $ 174.15 | | $ 119.41 |
| 62 | 7/31/2019 | Wyatt Rd. Landscaping Project | $ 4,024.19 | | $ 2,004.56 |
| 63 | 10/31/2019 | Bioswale (Done) | $ 1,268.23 | | $ 587.00 |
| 64 | 10/18/2019 | Orchard Trees | $ 1,285.82 | | $ 610.48 |
| 65 | 7/1/2020 | Farmhouse Renovation | $ 6,986.26 | | $ 2,210.84 |
| 66 | 7/2/2020 | Back Loop Road | $ 19,954.92 | | $ 7,367.80 |
| 67 | 10/31/2020 | Orchard Road and Land Improvement | $ 12,503.01 | | $ 4,030.57 |
| 68 | 11/25/2020 | Orchard Road and Land Improvement | $ 6,002.91 | | $ 1,934.92 |
| 69 | 1/1/2021 | Septic Tank Installation | $ 7,526.55 | | $ 2,249.79 |
| 70 | 4/1/2018 | Transfer Colonial Gardens, LLC Structual Improvements / Fixed Assets to Colonial Gardens Develop... | $ 31,473.85 | | $ 19,915.35 |
| 71 | 4/1/2018 | Cafte-construction, excavation | $ 36,866.34 | | $ 23,327.67 |
| 72 | 4/1/2018 | Cafe-Construcion, demolition | $ 29,776.14 | | $ 18,841.00 |
| 73 | 4/1/2018 | Cafe construction work-retainage | $ 163,188.32 | | $ 103,258.06 |
| 74 | 7/1/2019 | N/A | $ 5,586.00 | | $ 2,553.05 |
| 75 | 4/1/2018 | Propane for CapEx Projects | $ 24.93 | | $ 15.95 |
| 76 | 4/1/2018 | Propane For CapEx Projects | $ 49.87 | | $ 31.45 |
| 77 | 4/1/2018 | Forklift used in Shade Structure Constructions | $ 265.25 | | $ 223.92 |
| 78 | 4/1/2018 | Reimburse-electric range for white house | $ 125.00 | | $ 79.28 |
| 79 | 4/1/2018 | To Correct April Credit Card Entry | $ 943.08 | | $ 596.88 |
| 80 | 4/1/2018 | Chris O Credit Card-May | $ 400.61 | | $ 253.42 |
| 81 | 4/1/2018 | May Credit Card-Gary C | $ 573.22 | | $ 362.44 |
| 82 | 4/1/2018 | Mv fr CG-Patios | $ 5,475.00 | | $ 3,464.45 |
| 83 | 4/1/2018 | Reclass JE 101&102/Mv fr CG GJ-10100 | $ 12,316.65 | | $ 7,793.44 |
| 84 | 4/1/2018 | Reclass JE 101&102/Mv fr CG GJ-10106 | $ 4,261.47 | | $ 2,696.48 |
| 85 | 4/1/2018 | Reclass JE 101&102/Mv fr CG GJ-10018 Jan Adj | $ 1,348.74 | | $ 853.71 |
| 86 | 4/1/2018 | Reclass JE 101&102/Mv fr CG GJ-10087 Hussmann Payment | $ 13,300.46 | | $ 8,416.13 |
| 87 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Morgan County Seeds-See CG Backup 3.15.18 with GJ | $ 14,045.00 | | $ 8,886.77 |
| 88 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Pioneer Music-See CG Backup 3.15.18 with GL | $ 10,000.00 | | $ 6,327.73 |
| 89 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Robert K Jones-See CG Backup 3.15.18 with GL | $ 5,000.00 | | $ 3,163.64 |
| 90 | 4/1/2018 | Aluminum Table and Chairs-The Webstaurant Store (Keri O CC) | $ 2,127.94 | | $ 1,795.47 |
| 91 | 4/1/2018 | Transfer Colonial Gardens, LLC Structual Improvements / Fixed Assets to Colonial Gardens Develop... | $ 2,768.40 | | $ 1,898.14 |
| 92 | 4/1/2018 | Green House-Installation of copper risers w/hydrants, etc. | $ 1,977.50 | | $ 1,355.58 |
| 93 | 4/1/2018 | Stuppy-Venting for Greenhouse (Sept CC exp) | $ 562.78 | | $ 385.63 |
| 94 | 4/1/2018 | | $ 1,333,106.18 | | $ 843,527.68 |
| 95 | 4/1/2018 | purchase colonial gardens leashold improvements through 6/30/17 | $ 260,407.03 | | $ 164,773.24 |
| 96 | 4/1/2018 | Transfer Colonial Gardens, LLC Structual Improvements / Fixed Assets to Colonial Gardens Develop... | $ 122.07 | | $ 77.13 |
| 97 | 4/1/2018 | Transfer Colonial Gardens, LLC Structual Improvements / Fixed Assets to Colonial Gardens Develop... | $ 30,449.07 | | $ 19,266.78 |
| 98 | 4/1/2018 | Transfer Colonial Gardens, LLC Structual Improvements / Fixed Assets to Colonial Gardens Develop... | $ 63,701.72 | | $ 40,307.36 |
| 99 | 4/1/2018 | Transfer Colonial Gardens, LLC Structual Improvements / Fixed Assets to Colonial Gardens Develop... | $ 4,539.01 | | $ 2,872.32 |
| 100 | 4/1/2018 | Transfer Colonial Gardens, LLC Structual Improvements / Fixed Assets to Colonial Gardens Develop... | $ 1,434.36 | | $ 907.62 |
| 101 | 4/1/2018 | Transfer Colonial Gardens, LLC Structual Improvements / Fixed Assets to Colonial Gardens Develop... | $ 1,137,766.05 | | $ 719,925.45 |
| 102 | 4/1/2018 | Chris Ousler 2017 C.C. Expenses as notated as working on Colonial Project | $ 17,233.43 | | $ 10,904.50 |
| 103 | 4/1/2018 | | $ 4,980.79 | | $ 3,152.00 |
| 104 | 4/1/2018 | Front of Store-Painting | $ 3,850.00 | | $ 2,435.79 |
| 105 | 4/1/2018 | Stage Canopy-Fabrication and Installation | $ 15,000.00 | | $ 9,491.37 |
| 106 | 4/1/2018 | | $ 825.00 | | $ 521.90 |
| 107 | 4/1/2018 | Lighting and Stereo System-installation | $ 2,500.00 | | $ 1,581.63 |
| 108 | 4/1/2018 | VOID: | $ 925.00 | | $ 585.23 |
| 109 | 4/1/2018 | Forklift Rental-Capital Projects | $ 203.73 | | $ 129.27 |
| 110 | 4/1/2018 | Perennial Irrigation | $ 324.72 | | $ 222.68 |
| 111 | 4/1/2018 | LH Improvements-Perennial Area | $ 440.37 | | $ 278.41 |
| 112 | 4/1/2018 | LH Improvements-Perennial Area | $ 1,566.52 | | $ 991.21 |
| 113 | 4/1/2018 | Parts for shade structure | $ 56.92 | | $ 36.19 |
| 114 | 4/1/2018 | Parts for Shade Structure | $ 297.00 | | $ 188.31 |
| 115 | 4/1/2018 | Equipment for Shade Structure | $ 264.68 | | $ 167.62 |
| 116 | 4/1/2018 | Equipment for Shade Structure | $ 170.84 | | $ 107.76 |
| 117 | 4/1/2018 | Equipment for Shade Structure | $ 490.06 | | $ 309.86 |
| 118 | 4/1/2018 | Equipment for Shade Structure | $ 1,132.53 | | $ 716.66 |
| 119 | 4/1/2018 | Equipment for Shade Structure | $ 44.22 | | $ 28.03 |
| 120 | 4/1/2018 | Equipment for Shade Structure | $ 166.49 | | $ 105.16 |
| 121 | 4/1/2018 | LH Improvements-Paint Roof Over Stage | $ 600.00 | | $ 379.65 |
| 122 | 4/1/2018 | LH Improvements-Roof Contract | $ 13,518.00 | | $ 8,553.63 |
| 123 | 4/1/2018 | LH Improvements for Perennial Area | $ 303.21 | | $ 191.79 |
| 124 | 4/1/2018 | | $ 238.14 | | $ 150.85 |
| 125 | 4/1/2018 | LH Improvements-Rebar for Vestibule | $ 1,140.51 | | $ 721.85 |
| 126 | 4/1/2018 | Lighting for Stage | $ 37.20 | | $ 23.29 |
| 127 | 4/1/2018 | Lighting-LH Improvements | $ 1,075.00 | | $ 680.46 |
| 128 | 4/1/2018 | Lighting Project | $ 2,500.00 | | $ 1,581.63 |
| 129 | 4/1/2018 | LH Improvements-Sprinker System in Perennial Area | $ 201.04 | | $ 127.12 |

| | Date | Description | Amount | | Amount |
|---|---|---|---|---|---|
| 130 | 4/1/2018 | Concrete-Perennial Area | $ 732.76 | | $ 463.68 |
| 131 | 4/1/2018 | Lift Rental-Vestibule | $ 323.61 | | $ 204.70 |
| 132 | 4/1/2018 | LH Improvements-Equipment for Stage | $ 285.96 | | $ 180.59 |
| 133 | 4/1/2018 | New Concrete-Perennial Area | $ 111.10 | | $ 70.24 |
| 134 | 4/1/2018 | Installation and Equipment for Stage Lighting | $ 4,108.40 | | $ 2,599.54 |
| 135 | 4/1/2018 | LH Improvements-Audio/Lights for Stage | $ 37.02 | | $ 23.29 |
| 136 | 4/1/2018 | LH Improvements-Equipment for Stage | $ 14.43 | | $ 9.05 |
| 137 | 4/1/2018 | Green Wall in Retail Area | $ 207.90 | | $ 131.87 |
| 138 | 4/1/2018 | Vestibule Concrete Slab | $ 1,051.78 | | $ 665.40 |
| 139 | 4/1/2018 | Hand Rail in Perennial Area | $ 98.99 | | $ 62.52 |
| 140 | 4/1/2018 | Labor for Electrical Stereo and Lighting | $ 2,500.00 | | $ 1,581.63 |
| 141 | 4/1/2018 | Concrete Overlay-Perennial Area | $ 2,910.00 | | $ 1,841.06 |
| 142 | 4/1/2018 | April Credit Card | $ 13,958.03 | | $ 8,832.04 |
| 143 | 4/1/2018 | Shade cloth for perennial area | $ 905.50 | | $ 573.15 |
| 144 | 4/1/2018 | Stereo and Cameras | $ 2,500.00 | | $ 1,581.63 |
| 145 | 4/1/2018 | Painting-Stage Area | $ 1,850.00 | | $ 1,170.47 |
| 146 | 4/1/2018 | Stage | $ 409.38 | | $ 258.99 |
| 147 | 4/1/2018 | | $ 1,067.40 | | $ 675.72 |
| 148 | 4/1/2018 | Sloan Automatic Faucet | $ 717.25 | | $ 453.81 |
| 149 | 4/1/2018 | Forkift Rental-used for Capex | $ 320.00 | | $ 202.54 |
| 150 | 4/1/2018 | Parts for Construction of Bar | $ 1,862.00 | | $ 1,178.25 |
| 151 | 4/1/2018 | | $ 2,938.39 | | $ 1,859.16 |
| 152 | 4/1/2018 | Courtyard Electrical | $ 500.00 | | $ 316.31 |
| 153 | 4/1/2018 | Parts for Stage | $ 203.21 | | $ 128.45 |
| 154 | 4/1/2018 | Shop Improvements-Greg Briner expense report | $ 515.15 | | $ 325.80 |
| 155 | 4/1/2018 | Mv ft CG-Gary Case CC - no project listed | $ 12,410.58 | | $ 7,852.92 |
| 156 | 4/1/2018 | Mv fr CG-no detail wiped from system | $ 11,954.89 | | $ 7,564.57 |
| 157 | 4/1/2018 | Mv fr CG-Labor for construction | $ 6,160.00 | | $ 3,897.57 |
| 158 | 4/1/2018 | Mv fr CG-Labor for construction | $ 4,250.00 | | $ 2,689.58 |
| 159 | 4/1/2018 | Reclass JE 101&102/Mv fr CG GJ-10022 Inspection fees | $ 2,755.00 | | $ 1,743.24 |
| 160 | 4/1/2018 | Reclass JE 101&102/Mv fr CG GJ-10023 Repairs | $ 4,844.00 | | $ 3,065.38 |
| 161 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Fastenal GJ-10106/10100 | $ 1,151.79 | | $ 728.74 |
| 162 | 4/1/2018 | Reclass JE 101&102/Mv fr CG J&P Concrete GJ-10106/10100 | $ 887.50 | | $ 561.95 |
| 163 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Landmark Lighting GJ-10106/10100 | $ 29,077.71 | | $ 18,398.83 |
| 164 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Quicksilver Readymix GJ-10106/10100 | $ 2,129.84 | | $ 1,348.02 |
| 165 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Stuppy GJ-10106/10100 | $ 908.36 | | $ 574.48 |
| 166 | 4/1/2018 | Reclass JE 101&102/Mv fr CG  Gary Case  GJ-10040 | $ 4,171.86 | | $ 2,640.04 |
| 167 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Utopian GJ-10106/10100 | $ 16,151.00 | | $ 10,219.29 |
| 168 | 4/1/2018 | Reclass JE 101&102/Mv fr CG Chuck Lowe GJ-10106/10100 | $ 7,500.00 | | $ 4,745.72 |
| 169 | 4/1/2018 | Mv JE100 G Case Labor Feb 2018 | $ 196.16 | | $ 124.15 |
| 170 | 4/1/2018 | Mv JE 114 Payroll Tax | $ 392.32 | | $ 248.23 |
| 171 | 4/1/2018 | Mv JE 100 G Case Labor Feb 2018 | $ 665.60 | | $ 421.03 |
| 172 | 4/1/2018 | Mv JE 114 Payroll Tax | $ 665.60 | | $ 421.03 |
| 173 | 4/1/2018 | MV JE 100 C Gase Labor Feb 2018 | $ 943.69 | | $ 596.88 |
| 174 | 4/1/2018 | MV JE 114 Project Wages | $ 3,047.79 | | $ 1,928.51 |
| 175 | 4/1/2018 | MV JE 100 G Case Labor Fed 2018 | $ 6,538.46 | | $ 4,137.20 |
| 176 | 4/1/2018 | MV JE 114 Project Wages Payroll Tax | $ 20,734.15 | | $ 13,119.64 |
| 177 | 7/1/2019 | Lighting in lathe house and courtyard | $ 2,805.25 | | $ 1,282.09 |
| 178 | 11/15/2022 | Remodel of Colonial Rental Home | $ 11,467.43 | | $ 859.95 |
| 179 | 11/1/2022 | Trees for neighbor divide on SE portion of property | $ 6,125.00 | | $ 689.04 |
| 180 | 11/15/2022 | Orchard Gate monument | $ 36,683.17 | | $ 4,126.95 |
| 181 | 8/1/2022 | Fencing | $ 23,123.32 | | $ 2,890.50 |
| 182 | | Funding agreement for community improvement district | $ 20,000.00 | | $ - |
| 185 | | Building Permits | $ 2,982.08 | | |
| 186 | 2/28/2023 | Lathe House Improvements | $ 7,946.13 | | $ 529.68 |
| 187 | 3/14/2023 | Café Improvements (New shelving/Server/Coffee Station) | $ 5,000.00 | | $ 319.47 |
| 188 | 3/3/2023 | Consulting Services | $ 4,625.00 | | |
| 189 | 5/10/2023 | Planned Development Work | $ 4,847.10 | | |
| 190 | 6/13/2023 | | $ 10,200.00 | | |
| 191 | 6/22/2023 | Rezoning, Planned development concept | $ 9,775.00 | | |
| 192 | 7/7/2023 | Concept Planning Sketches | $ 3,875.00 | | |
| 193 | 7/24/2023 | Initial Retainer for Scope of Work | $ 5,000.00 | | |
| 194 | 7/24/2023 | Rouse Frets White Goss | $ 2,490.00 | | |
| 195 | 11/17/2023 | Concept Planning Sketches | $ 1,310.00 | | |
| 196 | 12/21/2023 | Professional Services | $ 7,700.00 | | |
| 197 | 3/15/2024 | Professional Services | $ 3,495.00 | | |
| 198 | 3/30/2024 | Preliminary Engineering | $ 19,844.67 | | |
| 199 | 8/31/2023 | Hardscape Lot Improvements | $ 23,448.45 | | $ 1,856.30 |
| | | | $ 23,448.45 | | |